UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                              ) Case No. 13-40993-399
                                    )
   Joyce A. Robinson,               ) Chapter 13
                                    )
      Debtor.                       ) Memorandum

## MEMORANDUM

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Bankruptcy Procedure 1009, the Debtor has filed an Amended Schedule F making the following changes:

| Schedule F | Original Petition | Amended Petition |
|---|---|---|
|  | $69,166.68 | $76,168.86 |

The Amended Schedule F also adds the following creditors:

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007

SMI Collections Department
PO Box 109006
Jefferson City, MO 65110

Old Jamestown Realty, LLC
c/o Kruse, Reinker & Hamilton L.L.C.
2016 S. Big Bend Blvd.
St. Louis, MO 63117

Respectfully Submitted
THE BANKRUPTCY COMPANY

*/s/ Robert J. Lawson*
David N. Gunn, #54880MO
Robert J. Lawson, #51935MO
2025 S Brentwood Blvd., Ste. 206
St. Louis, MO 63144
Tel: 314-961-9822
Fax: 314-961-9825
stlouis@tbcwam.com

B6F (Official Form 6F) (12/07)

In re  Joyce Alberta Robinson                                             ,        Case No.  13-40993
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3156<br><br>Credit Management, LP<br>4200 International Parkway<br>Carrollton, TX 75007 | | - | balance as of 2/2013<br>Collection Account | | | | 278.18 |
| Account No. 13SL-AC04219<br><br>Old Jamestown Realty, LLC<br>c/o Kruse, Reinker & Hamilton L.L.C.<br>2016 S. Big Bend Blvd.<br>Saint Louis, MO 63117 | | - | 1/2013<br>Judgment | | | | 2,099.00 |
| Account No. 0175 / 0160<br><br>SMI Collections Department<br>PO Box 109006<br>Jefferson City, MO 65110 | | - | 11/ 2012<br>Bad Check | | | | 4,625.00 |
| Account No. | | | | | | | |

|  | Subtotal (Total of this page) | 7,002.18 |
|---|---|---|
| _0_ continuation sheets attached | Total (Report on Summary of Schedules) | 7,002.18 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com    S/N:25786-130401    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Missouri

In re  Joyce Alberta Robinson  
                                 Debtor(s)

Case No. **13-40993**  
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES-AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  4-2-13

Signature  *Joyce Robinson*  
Joyce Alberta Robinson  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Missouri

In re  Joyce Alberta Robinson  
                            Debtor(s)

Case No. 13-40993  
Chapter 13

## VERIFICATION OF CREDITOR MATRIX-AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __1__ page(s) and is true, correct and complete.

*/s/ Joyce Robinson*  
Joyce Alberta Robinson  
Debtor

Dated: 4-2-13

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007

Old Jamestown Realty, LLC
c/o Kruse, Reinker & Hamilton L.L.C.
2016 S. Big Bend Blvd.
Saint Louis, MO 63117

SMI Collections Department
PO Box 109006
Jefferson City, MO 65110

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: ) Case No. 13-40993-399
) Chapter 13
Joyce A. Robinson, )
Debtor. )
) Certificate of Service

## CERTIFICATE OF SERVICE

COMES NOW Debtor, Joyce A. Robinson, by and through her attorney of record, and certifies that on April 22, 2013 pursuant to Local Rule 1009, Debtor served the Chapter 13 Trustee via ECF, a true copy of the following AMENDED Documents: Schedule F, Declaration Concerning Debtor's Schedules-AMENDED, Matrix, and Verification of Creditor Matrix-AMENDED. In addition to the above listed documents, the Chapter 13 Plan, Plan Summary, last issued notice of commencement of the case, proof of claim form and notice of claims bar date, was served via US first-class mail, postage prepaid, to the Party listed below.

/s/ Jennifer Hanner
Jennifer Hanner, Paralegal
The Bankruptcy Company

Credit Management, LP
4200 International Parkway
Carrollton, TX 75007

Old Jamestown Realty, LLC
c/o Kruse, Reinker & Hamilton L.L.C.
2016 S. Big Bend Blvd.
St. Louis, MO 63117

SMI Collections Department
PO Box 109006
Jefferson City, MO 65110